UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENLEE GALVEZ,
          Plaintiff,

v.

WESTCHESTER COUNTY; CORRECT CARE
SOLUTIONS, LLC; WELLPATH MEDICAL
SERVICES; MEDICAL DIRECTOR RAUL
ULLOA; and ALEXIS GENDELL, MD,
individually and officially,
          Defendants.
------------------------------------------------------------x



**ORDER**

19 CV 3630 (VB)

Plaintiff commenced this action by filing a complaint dated April 17, 2019. (Doc. #2). On September 9, 2019, defendants moved to dismiss plaintiff's complaint. (Doc. #16). Plaintiff's opposition to defendants' motion was due September 23, 2019. See Local Rule 6.1(b).

Plaintiff failed to file an opposition or seek an extension of time in which to do so by September 23, 2019. Thus, on October 2, 2019, the Court sua sponte extended plaintiff's time to oppose defendants' motion to November 1, 2019. (Doc. #17). The Court warned plaintiff that if he failed to respond to the motion by November 1, 2019, the Court would deem the motion fully submitted and unopposed.

To date, plaintiff has failed to oppose defendants' motion or seek further time in which to do so. Accordingly, the Court deems the motion fully submitted and unopposed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 14, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge