**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KENLEE GALVEZ,

                        Plaintiff,

      -against-                                            19 **CIVIL** 3630 (VB)

                                                                  **<u>JUDGMENT</u>**

WESTCHESTER COUNTY; CORRECT CARE
SOLUTIONS, LLC; WELLPATH MEDICAL
SERVICES; RAUL ULLOA, Medical Director;
ALEXIS GENDELL, M.D.,

                        Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2020, to date, plaintiff has failed to file an amended complaint or seek an extension of time to do so. As the Court has already dismissed all of plaintiffs' claims, judgment is entered in defendants' favor. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
           August 18, 2020

                                                                       **RUBY J. KRAJICK**
                                                                       **Clerk of Court**
                                             **BY:**    *K. Mango*
                                                                         **Deputy Clerk**